TRULINCS 23055031 - WALKER, STANLEY L - Unit: THA-F-A

---

FROM: FCI Warden
TO: 23055031
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/17/2020 09:42:02 AM

This is in response to your Electronic Inmate Request to Staff. In your correspondence you indicate you would like to be considered for a Reduction In Sentence (RIS).

A review of your request reveals your request has been forwarded to the RIS Coordinator. As indicated in Program Statement 5050.50, Compassionate Release/Reduction in Sentence, the Warden will provide you a response within 30 days of your request.

I trust this response adequately addresses your concerns.

B. Lammer,
Warden

>>> ~^!"WALKER, ~^!STANLEY L" <23055031@inmatemessage.com> 4/16/2020 4:15 PM >>>
To: LAMMER
Inmate Work Assignment: NA

Sir, can you please place me in for a compassionate release ? I believe i fit all the criteria ...

DEFENDANT'S EXHIBIT 1